IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-02551-WDM-KMT

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Plaintiff,

v.

DEBRA ANN HALE AND
ELVA JOANE PATTERSON,

    Defendants.

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455, the undersigned recuses himself for service in the above captioned matter because a member of his family is a partner in Holland & Hart, attorneys for one or more of the parties, and directs that this case be returned to the Clerk for reassignment by random draw.

DATED at Denver, Colorado, on November 24, 2008.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL