IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02551-PAB

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Plaintiff,

v.

DEBRA ANN HALE and
ELVA JOANNE PATTERSON,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on review of the file. One of my sisters is a partner at the law firm of Holland & Hart, counsel for plaintiff Life Insurance Company of North America. For this reason, it would be inappropriate for me to preside over this case. Accordingly, I will recuse myself. It is therefore

ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

Dated: December 1, 2008.

                                        BY THE COURT:

                                        s/ Philip A. Brimmer
                                        Philip A. Brimmer
                                        U. S. District Judge