IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02551-RPM-KMT

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Plaintiff,

v.

DEBRA ANN HALE and ELVA JOANNE PATTERSON,

    Defendants.

---

**AMENDED ORDER TO DEPOSIT FUNDS
INTO THE REGISTRY OF THE COURT**

---

    The Court has considered the motion of Life Insurance Company of North America to deposit funds into the registry of the Court, and finds that good cause supports the granting of this motion, and

    THEREFORE, THE COURT ORDERS that within fourteen days of this Order, Life Insurance Company of North America shall deposit the Plan Benefits, in the principal amount of $29,250, plus interest accrued thereon, payable as a consequence of the death of the decedent into the Registry of this Court, which will then be subject to an additional order of this Court to be released as this Court shall direct.

    Dated this 9th day of January, 2009.

                                    BY THE COURT:

                                    s/ Kathleen M. Tafoya
                                    Kathleen M. Tafoya
                                    UNITED STATES MAGISTRATE JUDGE

4392853_1.DOC