IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02551-RPM-KMT

LIFE INSURANCE COMPANY OF NORTH AMERICA,,

      Plaintiff,

v.

DEBRA ANN HALE and
ELVA JOANNE PATTERSON,

      Defendants.

_____

ORDER FOR FINAL JUDGMENT
_____

Pursuant to the Recommendation of the Unites Magistrate Judge Kathleen M. Tafoya, filed August 10, 2009 [32], no objections having been filed, it is now

ORDERED that the findings and conclusions of Magistrate Judge Tafoya are accepted and incorporated by this reference and it is

FURTHER ORDERED that the Clerk shall enter judgment to declare that Debra Ann Hale has defaulted in this interpleader action and has thereby waived any entitlement to payment of the proceeds of the life insurance death benefit payable as the result of the death of Nathan Eugene Hale and ilt is

FURTHER ORDERED that the death benefit proceeds shall be payable solely to Elva Joanne Patterson and it is

FURTHER ORDERED that the plaintiff Life Insurance Company of North America is granted the sum of $2.570.66 as costs and attorney fees in this civil action with the remainder of the sum on deposit to be paid to Elva Joanne Patterson and it is

FURTHER ORDERED that the Clerk shall distribute the funds in the registry in accordance with this judgment.

DATED: August 31st, 2009

      BY THE COURT:

      s/Richard P. Matsch

      _____

      Richard P. Matsch, Senior District Judge